# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-375 (1) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jefferson, | |
| Defendant. | |

The above matter comes before the Court upon the May 26, 2009, Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes. Based upon the undersigned's de novo review of the Report and Recommendation, Defendant's Objections thereto, and all of the files, records, and proceedings herein (including the transcript of the April 27 hearing before Judge Keyes), **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 54) are **OVERRULED;**

2. The Report and Recommendation (Doc. No. 52) is **ADOPTED**;

3. Defendant's Motion to Suppress Statements of Defendant (Doc. No. 26), is **DENIED**;

4. Defendant's Motion to Dismiss the Indictment (Doc. No. 38), is **DENIED**; and

5. Defendant's Second Motion to Dismiss the Indictment (Doc. No. 41), is **DENIED**.

Date: June 25, 2009

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge