# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN JEFFERSON,<br><br>               DEFENDANT. | Criminal No. 08-375 (1) (RHK/JJK)<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

___

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the jury's verdict that Defendant John Jefferson is guilty of Counts 1 through 18 of the Second Superseding Indictment; on this Court's determination that the Defendant obtained $632,966.08 in proceeds from the offenses alleged in Counts 1 through 15 of the Superseding Indictment,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $632,966.08 pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), as a result of the Defendant's conviction on Counts 1 through 15 of the Superseding Indictment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $632,966.08 to satisfy the money judgment in whole or in part.

Dated: July 31, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge