# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-375 (1) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jefferson, | |
| Defendant. | |

Defendant John Edward Jefferson's Motions for Judgment of Acquittal or for a New Trial (Doc. Nos. 125 and 126) are **DENIED**.

Date: October 13, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
