# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-375 (1) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jefferson, | |
| Defendant. | |

Defendant's pro se letter request (attached) dated December 23, 2009, for a postponement of sentencing is **DENIED**.

Date: January 4, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge